# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-3903

_____

| | | |
|---|---|---|
| Commercial Union Insurance Company, a corporation, | * | |
| | * | |
| | * | |
| Appellant, | * | |
| | * | Appeals from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Hartford Accident and Indemnity Company, a corporation, | * | |
| | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

No. 97-3904

_____

| | |
|---|---|
| Commercial Union Insurance Company, a corporation, | * |
| | * |
| | * |
| Appellee, | * |
| | * |
| v. | * |
| | * |
| Hartford Accident and Indemnity Company, a corporation, | * |
| | * |
| | * |
| Appellant. | * |

_____

Submitted:  May 11, 1998
Filed: June 5, 1998

_____

Before BOWMAN, Chief Judge, HEANEY and HANSEN, Circuit Judges.
_____

PER CURIAM.

Commercial Union Insurance Company appeals from the judgment of the District Court[1] entered after a bench trial on Commercial Union's claims against Hartford Accident and Indemnity Company. The court found Hartford liable to Commercial on some, but not all, of Commercial's claims, and awarded damages. The court denied Hartford's request for reformation of certain Hartford insurance policies, and Hartford cross-appeals from that portion of the judgment.

We have considered the submissions of the parties and the record. Finding no reason to disturb the judgment of the District Court, we affirm. Because the case is governed by state law and an opinion would lack significant precedential value, we forego further discussion.

AFFIRMED. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.